UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ROGELIO PORTILLO,

    Plaintiff,

v.

UNDERHILL FOOD CORP AND ALI ALASHMALI, Jointly and Severally

    Defendants.

ECF CASE

No.: 1:20-cv-05286 (WFK) (JRC)

---

NOTICE OF PLAINTIFF'S MOTION FOR A DEFAULT JUDGMENT AGAINST DEFENDANTS UNDERHILL FOOD CORP AND ALI ALASHMALI

---

PLEASE TAKE NOTICE that for the reasons set forth in the Memorandum of Law in Support of Plaintiff's Motion for Default Judgment, Declaration of Douglas Lipsky, Esq., and the Declaration of the Plaintiff, Plaintiff respectfully requests the Court enter an Order granting default judgment against Defendants Underhill Food Corp and Ali Alashmali.

Dated: New York, New York
       February 23, 2022

                                  Respectfully submitted,
                                  LIPSKY LOWE LLP

                                  s/ Douglas B. Lipsky
                                  Douglas B. Lipsky
                                  420 Lexington Avenue, Suite 1830
                                  New York, New York 10170
                                  212.392.4772
                                  doug@lipskylowe.com
                                  *Attorney for Plaintiff*