UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
ROGELIO PORTILLO,
                    Plaintiff,                                  JUDGMENT
                                                                         20-cv-5286 (WFK) (JRC)

              -against-

UNDERHILL FOOD CORP. AND ALI
ALASHMALI, Jointly and Severally,

              Defendants.
-------------------------------------------------------------- X

      An Order of Honorable William F. Kuntz, II, United States District Judge, having been filed on May 4, 2022, granting the motion for default judgment; it is

      ORDERED and ADJUDGED that:

      1. Plaintiff's February 23, 2022 Motion for a Default Judgment is granted;

      2. A judgment is entered against Defendants Underhill and Alashmali, jointly and severally, in the amount of $465,729.32:

            a. $55,074.00 in unpaid minimum wages under the Labor Law;

            b. $131,729.40 in unpaid overtime under the Labor Law;

            c. $186,803.40 in liquidated damages for Plaintiff's Labor Law unpaid minimum wage and overtime claims;

            d. $70,514.42 in prejudgment interest for Plaintiff's unpaid minimum wage and overtime claims; e. $5,000.00 for Defendants' failure to provide Plaintiff the required notice under N.Y. Lab. Law § 195.1;

            f. $5,000.00 for Defendants' failure to provide Plaintiff proper wage statements under N.Y. Lab. Law § 195.3; and g. $11,608.10 in reasonable attorneys' fees ($10,466.50) and costs ($1,141.60); and

      3. This judgment will accrue post-judgment interest at 9.0% per annum from the date of this Order.

| | |
|---|---|
| Dated: Brooklyn, NY<br>May 9, 2022 | Brenna B. Mahoney<br>Clerk of Court<br><br>By: _/s/Jalitza Poveda_<br>      Deputy Clerk |